# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Gerber, Joel | 2. Court or Organization United States Tax Court | 3. Date of Report 04/03/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Judge (Retired) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☐ Annual  ☑ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 to 12/31/2019 |
| 7. Chambers or Office Address .United States Tax Coujrt 400 Second Street, N.W Washington, D.C. 20217 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerber, Joel** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Gold Coins | | | J | T | | | | | |
| 2. | Venerable (formerly Ing)Variable Annuity Lifestyle Moderate Portfolio | E | Distribution | O | T | | | | | |
| 3. | Citibank Checking | A | Interest | K | T | | | | | |
| 4. | Citibank Money Market Checking | A | Interest | M | T | | | | | |
| 5. | T.D. Amertrade Money Mkt | A | Interest | J | T | | | | | |
| 6. | Cali Statewide Cmntys Dev Auth Rev nds Callable 5% 04/01/2042 | B | Interest | K | T | Buy | 04/22/19 | K | | |
| 7. | California State GO Bonds Callable 09/01/2036 5% | B | Interest | L | T | | | | | |
| 8. | Advisors Inner Circle II | A | Dividend | J | T | | | | | |
| 9. | AQR Managed Futures Strategy Fund CL I | A | Dividend | J | T | Sold (part) | 10/16/19 | J | A | |
| 10. | Artisan Fds Inc Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 10/16/19 | J | A | |
| 11. | Baird Short-Term Bond | A | Dividend | J | T | | | | | |
| 12. | Blackrock Total Return | A | Dividend | K | T | | | | | |
| 13. | Bridgeway Fund, Inc. Blue Chip 35 Index Fund | A | Dividend | J | T | Sold (part) | 06/26/19 | J | A | |
| 14. | Dodge & Cox Fds International Stock Func | A | Dividend | J | T | Buy (add'l) | 09/26/19 | J | | |
| 15. | Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Buy (add'l) | 06/26/19 | J | | |
| 16. | | | | | | Buy (add'l) | 10/16/19 | J | | |
| 17. | Lazard Emerging Mkt Fund Instl | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerber, Joel** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | MGD Portfolio Series Tortoise MLP & Pipeline I | A | Dividend | J | T | | | | | |
| 19. | Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Sold (part) | 06/26/19 | J | A | |
| 20. | | | | | | Sold (part) | 10/16/19 | J | | |
| 21. | Northern Funds Small Cap Fund | A | Dividend | J | T | Buy (add'l) | 06/26/19 | J | | |
| 22. | Oppenheimer Intl Growth | A | Dividend | J | T | | | | | |
| 23. | Pimco Real Return Fund | A | Dividend | J | T | | | | | |
| 24. | Primecap Odyssey Stock Fund | A | Dividend | J | T | | | | | |
| 25. | T Rowe Price Equity Income Fund Sh Ben Int | A | Dividend | J | T | | | | | |
| 26. | T Rowe Price Blue Chip | A | Dividend | J | T | | | | | |
| 27. | T Rowe Price Intl Emerg Mkts Stk | A | Dividend | J | T | | | | | |
| 28. | T. Rowe Price Instl Floating Rate | | None | | | Sold | 01/02/19 | J | A | |
| 29. | TWC Funds Emerging Mkt Stk | A | Dividend | J | T | | | | | |
| 30. | Templeton Income Tr Global Bond Advisor | A | Dividend | J | T | Sold (part) | 09/26/19 | J | A | |
| 31. | | | | | | Sold (part) | 10/16/19 | J | A | |
| 32. | Western Asset Core Bpmd | A | Interest | J | T | | | | | |
| 33. | Advisors Inner Circle II | A | Dividend | J | T | | | | | |
| 34. | AQR Managed Futures Strategy Fund CL I | A | Dividend | J | T | Sold (part) | 01/10/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerber, Joel** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Artisan Funds Inc Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 36. Baird Short-Term Bond | A | Interest | J | T | Sold<br>(part) | 04/02/19 | J | A | |
| 37. Blackrock Total Return | A | Dividend | J | T | Sold<br>(part) | 03/27/19 | J | A | |
| 38. | | | | | Sold<br>(part) | 04/02/19 | J | A | |
| 39. Bridgeway Blue Chip | A | Dividend | J | T | Sold<br>(part) | 04/02/19 | J | A | |
| 40. | | | | | Sold<br>(part) | 06/27/19 | J | A | |
| 41. Dodge & Cox Funds International Stock Fund | A | Dividend | J | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 42. Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Sold<br>(part) | 01/10/19 | J | A | |
| 43. Lazard Emerging Mkt Fund Instl | A | Dividend | J | T | Sold<br>(part) | 03/27/19 | J | A | |
| 44. MGD Portfolio Series Tortoise MLP & Pipeline I | A | Dividend | J | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 45. Metropolitan West Total Return | A | Dividend | J | T | Sold<br>(part) | 04/02/19 | J | A | |
| 46. NorthernFDS Small Cap Fund | A | Dividend | J | T | Buy<br>(add'l) | 06/27/19 | J | | |
| 47. Oppenheimer Intl Growth | A | Dividend | J | T | Buy<br>(add'l) | 03/27/19 | J | | |
| 48. Pimco Real Return Fd Cl D | A | Dividend | J | T | | | | | |
| 49. Primecap Odyssey Stock Fund | A | Dividend | J | T | | | | | |
| 50. T Rowe Price Instl Floating Rate A Div | | None | | | Sold | 01/02/19 | J | A | |
| 51. T Rowe Price Equity Income F Share Ben | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gerber, Joel** | 04/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   T Rowe Price Emmerging Market Shares | A | Dividend | J | T | | | | | |
| 53.   T Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | | |
| 54.   Templeton Income Tr Global Bond | A | Dividend | J | T | Sold<br>(part) | 09/26/19 | J | A | |
| 55.   TCW Fund Emerg Mkt Inc FD CL 1 | A | Dividend | J | T | Sold<br>(part) | 04/02/19 | J | A | |
| 56.   Western Asset Core Bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel Gerber**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544